✎AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF

**APPEARANCE**

Case Number:

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

I certify that I am admitted to practice in this court.

|  |  |
|---|---|
| Date | /s/ ERICA K. ZUNKEL <br> Signature |
|  | Print Name                                    Bar Number |
|  | Address |
|  | City               State               Zip Code |
|  | Phone Number                                  Fax Number |

1 **ERICA K. ZUNKEL**
California State Bar No. 229285
2 **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 San Diego, CA 92101-5008
(619) 234-8467/Fax: (619) 687-2666
4 E-Mail: erica_zunkel@fd.org

5 Attorneys for Adan Lopez-Martinez

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE LEO S. PAPAS)**

| UNITED STATES OF AMERICA, | ) Case No. 08MJ2224 |
|---|---|
| Plaintiff, | ) |
| v. | ) **CERTIFICATE OF SERVICE** |
| ADAN LOPEZ-MARTINEZ, | ) |
| Defendant. | ) |

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

U.S. Attorney CR
Efile.dkt.gc2@usdoj.gov; and

Jonathan D. Frank
greencirclej@netscape.net,greencirclej@gmail.com

Respectfully submitted,

DATED:    July 24, 2008            /s/ Erica K. Zunkel
                                   **ERICA K. ZUNKEL**
                                   Federal Defenders of San Diego, Inc.
                                   Attorneys for Adan Lopez-Martinez