UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

PLEASE RECEIPT AND RETURN

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff ) <br> ) <br> ) <br> vs. ) <br> ) <br> ADAN LOPEZ-MARTINEZ ) <br> ) <br> Defendant(s) ) <br> _____ ) | CRIMINAL NO. 08MJ2224 <br><br> ORDER <br><br> RELEASING MATERIAL WITNESS <br><br> Booking No. |

On order of the United States District/(Magistrate Judge)  **JAN M. ADLER**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: ((Bond Posted) / Case Disposed / Order of Court).

ROBERTO ALEJO URES

DATED: 7/29/08

RECEIVED _____
          DUSM

UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.   Clerk

by _____
      Deputy Clerk
**B. LLOYD**

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

★ U.S. GPO: 2003-581-774/70082