UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff ) <br> ) <br> ) <br> vs. ) <br> ADAN LOPEZ-MARTINEZ ) <br> ) <br> ) <br> Defendant(s) ) <br> _____ ) | 08CR2592-W <br> CRIMINAL NO. 08mj2224 <br> ORDER <br> RELEASING MATERIAL WITNESS <br> Booking No. |

On order of the United States District/Magistrate Judge,   **Leo S. Papas**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / (Order of Court))

ROBERTO ALEJO URES

DATED: 8/7/8

Leo S. Papas

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
            DUSM

OR

W. SAMUEL HAMRICK, JR.   Clerk

by _____
        Deputy Clerk

J. JARABEK

CLERK'S OFFICE COPY        ☆ U.S. GPO: 2003-581-774/70082
mc500 Crim-25 rev. 8-95